# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| GREGG A. GARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-1056 |
| | ) | Judge Trauger |
| NISSAN MOTOR MANUFACTURING and | ) | Magistrate Judge Bryant |
| DAN GAUDETTE, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On January 25, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 47) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Voluntary Dismissal pursuant to Rule 41(a)(2), FED. R. CIV. P., (Docket No. 44), is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 13th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge